**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE BROTHERS GROCERY & DELI CORP.,
and BERNARDINO MORA, as Owner,

                              Plaintiff,

           -against-                                        20 **CIVIL** 6961 (JCM)

                                                                **JUDGMENT**

UNITED STATES OF AMERICA,

                          Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

        September 28, 2021

                                            **RUBY J. KRAJICK**
                                          _____
                                           **Clerk of Court**
                      **BY:**         K. Mango
                                           _____
                                           **Deputy Clerk**